FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

10 FEB 12 PM 12: 46

_____Division

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

CASE NUMBER: 2:10-CV-98-FtM-36SPC
(To be supplied by Clerk's Office)

LeSamuel Palmer
(Enter full name of each Plaintiff and prison number, if applicable)

v.

~~[redacted]~~, T. Gjerde
C. Gallagher, J. Bracy, Dr. Hemphill

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Charlotte C.I.
    (Indicate the name and location)
    33123 Oil Well Rd Punta Gorda, FL 33955

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ✓ ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ✓ ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ✓ ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

※ 2. I Received an Disciplinary Report, But NO Disciplinary Hearing took Place. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ~~~~ 7 day of ~~~~ February, 2010.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

  1. What steps did you take? _Follow by the Prison Litigation Reform Act_

  2. What were the results? _NOTHING, The grievance was return without processing_

  3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ~~20~~ 7 day of ~~January~~ February, 2 010.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

 1. Parties to previous lawsuit:

    Plaintiff(s): LeSamuel Palmer

    Defendant(s): A. Walker, M. Kraus, S. Conigilo

 2. Court (if federal court, name the district; if state court, name the county):
    Middle District Ft. Myers Division

 3. Docket Number: 2:09-CV-401

 4. Name of judge: Douglas N. Frazier

 5. Briefly describe the facts and basis of the lawsuit: Plaintiffs Rights U.S.C under 8th Amendment was violated

 6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
    Case still pending

 7. Approximate filing date: 6/22/2009

 8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

IV. PREVIOUS LAWSUITS: ADDITIONAL CONTINUE from page 5

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes (✓) No ( )

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): LeSamuel Palmer

      Defendant(s): A. Walker, M. Kraus, S. Covigilio, Secretary DOC, A. Johnson

   2. Court (if federal court, name the district; if state court, name the county): Middle District, Ft. Myers Division U.S District Court

   3. Docket Number: 2:09-CV-604

   4. Name of judge: Douglas N. Frazier

   5. Briefly describe the facts and basis of the lawsuit: Plaintiffs Right of Constitution under 8th Amendment of Cruel and Unusal Punishment was violated, which the Defendant act under the color of law.

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending.

   7. Approximate filing date: 09/14/2009

   8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

Additional Continue: From page 5

Plaintiff(s) LeSamuel Palmer

Defendant: Walter A. McNeil

Court (if Federal Court, name the district; if State Court, name the County):
Southern District of Florida

Docket #: No. 09-60771-CIV-SEITZ

Name of Judge: Patricia A White

Briefly describe the facts and basis of the Lawsuit:
28:2254 Petition For Writ of Habeas Corpus

Disposition:
Still pending

Approximate Filing date: 5/26/09
Approximate disposition date: N/A

5 B

Plaintiff(s) LeSamuel Palmer

Defendant: State Of Florida

COURT: Broward County 17th Judicial

Docket #: 00019181CF10A

Name of Judge: Jeffrey R. Levenson

Briefly describe the facts and basis of the the Lawsuit
It's an 3-800 motion, I'm not very sure if /is this what
what asked for my safed of this complete I decide to place it here

Disposition: Still pending

Approximate Filing date: 5/26/09
Approximate disposition date: N/A

5C

_____

_____

_____

_____

_____

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _LeSamuel Palmer_

   Mailing address: _Charlotte C.I_
   _33123 Oil Well Rd Punta Gorda, FL 33955_

B. Additional Plaintiffs: _N/A_

_____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _Lt. K. Monroe_

   Mailing Address: _33123 Oil Well Rd_
   _Punta Gorda, FL 33955_

   Position: _LT_

   Employed at: _Charlotte C.I_

D. Defendant: _T. Gjerde_

   Mailing Address: _33123 Oil Well Rd_
   _Punta Gorda, FL 33955_

   Position: _Sgt_

   Employed at: _Charlotte C.I_

DC 225 (Rev. 9/03)                                6

E. Defendant: C. Gallagher
Mailing Address: 33123 Oil Well Rd
Punta Gorda FL 33955
Position: Recreation Supervisor (C-O)
Employed at: Charlotte C.I

F. Defendant: J. Bracy
Mailing Address: 33123 Oil Well Rd
Punta Gorda FL 33955
Position: Correctional Officer
Employed at: Charlotte C.I

G. Defendant: Dr. Hemphill
Mailing Address: 33123 Oil Well Rd
Punta Gorda, FL 33955
Position: Doctor and chief Health
Employed at: Charlotte C.I

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The 8th Amendment of The U.S.C. have been Violated

The State is absolutely responsible for protecting prisoners from Injury. It have a duty to provide prisoners with "reasonable" Protection Against Foreseeable Risks of harm including risks of attack by other Prisoners. For the Officers had warning or indication that my attacker was a danger to me before he actually attacked, which was conducted by the Defendants

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On the 10/13/09 at Approximately 8:30 am at Charlotte C.I. Defendant's Sgt Goverde, Rec Supervisor Officer C. Gallagher, Dorm Officer Bracy and Rec Officer Rodriguez. All came around to pull The Plaintiff, LeSamuel Palmer and other Inmates out for their 2 hr Rec. Which the Plaintiff and the other Inmates was housed in F-dormitory on Close Amendment One (CM ONE) at/in Charlotte C.I. On CM 1 only one Inmate can be Place in a cell or on cage at All time. And be Supervise at all time.

The above Defendants Placed the Plaintiff in a Rec cage, Then 2nd later Placed Inmate Michael Coleman in an cage beside him, which Coleman stand Approximately at 7 Feet 3. The Plaintiff asked the Defendant C. Gallagher can the defendant Place another Inmate

**Statement of Facts, continued:**

in that cage or can he remove the plaintiff to another cage. Which the Defendent C. Gallagher denied the Plaintiff request. Defendent C. Gallagher Then walked away. Defendent Bracy, walked up by the Plaintiff cage. And the Plaintiff asked Defendent Bracy, to replace the Plaintiff in another cage. Defendant Bracy stated "What you're affraid of" to the Plaintiff. Defendent Bracy stated laughing and walked away. Defendant Rodriguez, walked by the Plaintiff cage, And the Plaintiff asked Defendant Rodriguez to also to be removed from the cage. Defendant Rodriguez stated "Ask Sgt" to The Plaintiff. Defendant G. jerde, Keep walken when the Plaintiff called the Defendant Gjerde, And stated "Drop the Lawsuit".

At Approximately 8:50 am Inmate Coleman started separating the Fencing Fabric of the Fence that separated the Plaintiff and Coleman (Attacker). The Attacker then tried to make his way thru the separated Fencing Fabric to get where The Plaintiff was at. The Plaintiff kicked the Attacker back thru the Fence. The Attacker attemped again to get over where the Plaintiff was. The Plaintiff try to kick the Attacker again, but the Attacker caught The Plaintiff Feet and pull the Plaintiff thru the hole of the separated Fencing Fabric. The Plaintiff then kicked the attacker with his other leg and got lose. The Plaintiff Then start hitting the Attacker with an close Fist. The Attacker, Pulled out an Home made Knife, 7 inch. And tried to stab the Plaintiff, The Plaintiff Yell for the Defendents officers, But the cry of the Plaintiff went unheard. The Attacker Attemped to stab the Plaintiff again, The Plaintiff glab the attacker hand which hold the Knife. The Plaintiff and Attacker start wresting

**Statement of Facts, continued:**

over the home made weapon. The Defendants still have not appeal, to assisted the Plaintiff. The Attacker then punched the Plaintiff in the Mouth busting the Plaintiff inner lips with the Attacker Free hand. The Attacker Glab the Plaintiff Leg and Scrapped the Plaintiff, Made the Plaintiff to Fall down on his Right side Knocking the Plaintiff's Right arm out of Joint. The Attacker Then kicked The Plaintiff in the side, And tryed to come down on the Plaintiff with the home made Knife. The Plaintiff moved to his Right to prevent the Attacker for harming the Plaintiff with the home made Knife. The Plaintiff Glab the arm of the Attacker again, They start wrestling over the homemade Knife. The Attacker Pushed the Plaintiff head and The Plaintiff head Hit the Pelment ground hard, Almost made the Plaintiff Blank out. Defendant GiJerde then appeal after the other Inmates start yelling. The Defendant GiJerde pull out his MK-9 Chemical Agent can And used on the Plaintiff strikes the Plaintiff in the back of his head. The Attacker Punched the Plaintiff again on the Plaintiff's head. The Plaintiff still hold on to the attacker hand which holded the home made Knife. The Plaintiff went blind From the Chemical Agents was burning the Plaintiff eyes. The Plaintiff heard other Officer's yelling to the Attacker ordering the Attacker to turn lose the Home made Knife. The Plaintiff felt the Attacker drop the Homemade Knife. They heard the Officers running in after using "6 Cans" of "Chemical Agents" on the Plaintiff. The Officers then Order the Plaintiff to place his hands behind his back, the Plaintiff told the Officers he can't that his arm is dislocated. They then cuff the Plaintiff in the Front, and took the Plaintiff to E-dormitory To wash the Chemical Agent off the Plaintiff.

## STATEMENT OF FACTS, CONTINUED:

At Approximately 9:30am after the Incident. The Plaintiff seen the Medical Staff. The medical Staff referr, the Plaintiff to the Defendant Dr. Hemphill.

At Approximately 9:55am, The Plaintiff seen Defendant Dr. Hemphill. The Defendant Hemphill only asked the Plaintiff Question, not given the plaintiff no type of treatment For the Plaintiff dish located arm.

Defendant Dr. Hemphill exercised deliberate indifference to the Plaintiff's health by Failing to Provide adequate Medical care. Dr. Hemphill intentionally did not administe Stitches to a deep cut in Plaintiff's mouth. And Dr. Hemphill would not Provide Plaintiff with adequate Pain medication. For his dish located arm. Dr. Hemphill would also Failing to Provide adequate medical Care to Plaintiff For Dr. Hemphill would not give the Plaintiff no "arm slaug" to support the Plaintiff Dish Located arm. The Dr. Hemphill then told the Officers to Put me in the "holing Cell".

Approximately at 1:00 PM Dr. Hemphill had the Plaintiff send to outside Medical Reg Center. Without even Providing the Plaintiff with no adequate Pain medication.

Approximately 4:30 PM the Plaintiff came back From Charlotte medical Reg. Which Replaced the Plaintiff's arm back in Place. The Plaintiff was tooken to see Dr. Hemphill. Dr. Hemphill asked the Plaintiff what all they did. The Plaintiff told him he don't Know For they Put the Plaintiff to Sleep.

The Plaintiff the told Dr. Hemphill again about the deep cut in the Plaintiff's Mouth. And told the Dr. Hemphill he need Stitches which Dr. Hemphill to him "Stop becuau big Baby it'll heal".

The Defendant Dr. Hemphill wrote an Pass For two week For the Plaintiff to be Front Cuff. And Told the Plaintiff to work his arm out, he'll be alright. Two days later on the 10/14/09 Plaintiff arm came back dish located and Plaintiff had to receive surgery.

As a result of Dr. Hemphill's deliberate indifference to Plaintiff's condition Plaintiff. Suffered Further Pain and Mental anguish. He Continued to Suffer From general Pain throughout his body and Dr. Hemphill refused to Provide adequate Pain medication For Plaintiff. In addition, Plaintiff was unable to eat Properly For days after receiving care From defendant Dr. Hemphill, because the unstitched cut in his mouth.

9(8)

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff respectfully Prays that this court enter Judgment Granting Plaintiffs, A declaration that acts and omissions described herein violated Plaintiff's rights under The U.S.C and laws of the U.S., ordering defendants, Lt. H. Monroe, Sgt. T. GJeide, C.O. C. Gallagher, C.O. R. Rodriguez, C.O. Bracy, and Dr. Hemphill, To pay the Plaintiff, Compensatory damages in the amount of $800,000.00 Punitive damage in the amount of $300,000.00. As well Plaintiff's cost in this suit, Attorney Fee etc., Jury Trial, and Any Additional Relief this Court deem Just Proper, and equitable.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 7 day of February, 2010.

_____
_____
_____
(Signatures of all Plaintiffs)